DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGELA ROGERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0341

[November 9, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Hon. Jill K. Levy, Judge; L.T. Case No. 22009415MU10A.

Gordon Weekes, Public Defender, and Sarah Sandler, Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Paula Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***